UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:23-cv-00980-PGB-DCI

HOWARD COHAN,

    Plaintiff,

v.

MILLER'S ALE HOUSE, INC., etc.,

    Defendant.

_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Howard Cohan, and Defendant, Miller's Ale House, Inc., (collectively, the Parties), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against Defendant, Miller's Ale House, Inc.; and (3) the Parties shall bear their own costs and attorneys' fees except as otherwise provided in the Parties' Settlement Agreement.

| SCONZO LAW OFFICE, P.A. | FORD & HARRISON, LLP |
|---|---|
| By: /s/ *Gregory S. Sconzo* <br> Gregory S. Sconzo, Esq. <br> Florida Bar No.: 0105553 <br> greg@sconzolawoffice.com <br> 3825 PGA Boulevard, Suite 207 <br> Palm Beach Gardens, FL 33410 <br> Telephone: (561) 729-0940 <br><br> *Attorneys for Plaintiff* | By: /s/ *Merry E. Lindberg* <br> Merry E. Lindberg, Esq. <br> Florida Bar No. 308102 <br> mlindberg@fordharrison.com <br> 1450 Centrepark Blvd., Suite 325 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 345-7505 <br><br> *Attorneys for Defendant* |

*Cohan v. Miller's Ale House, Inc.*
Case No. 6:23-cv-00980-PGB-DCI
Joint Motion for Dismissal with Prejudice

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on August 29, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Plaintiff's counsel Gregory S. Sconzo, Esq., Sconzo Law Office, 3825 PGA Boulevard, Suite 207, Palm Beach Gardens, FL 33410; email: greg@sconzolawoffice.com.

                /s/ *Merry E. Lindberg*
                Merry E. Lindberg, Esq.
                Florida Bar No. 308102